UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 922(a)(6) |
| | ) | False Statement During Purchase |
| | ) | of a Firearm |
| | ) | |
| RA'ANN MICHELLE COLEMAN | ) | 18 U.S.C. § 924(a)(1)(A) |
| | | False Statement During Purchase |
| | | of a Firearm |

CR222-015

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
*False Statement During Purchase of a Firearm*
18 U.S.C. § 922(a)(6)

On or about October 26, 2020, in Jeff Davis County, within the Southern District of Georgia, the Defendant,

**RA'ANN MICHELLE COLEMAN,**

in connection with the acquisition of firearms, did knowingly make false and fictitious written statements to Sellers Feed & Seed Inc., a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive Sellers Feed & Seed, as to a fact to the lawfulness of the sale of the firearm, in that Defendant falsely represented that she was the actual buyer of the firearm, to wit a Taurus, Model Spectrum, .380 caliber pistol, when, in fact, as Defendant then and there well knew, Defendant was not the actual buyer of the firearm.

All in violation of Title 18, United States Code, Sections 922(a)(6).

## COUNT TWO
*False Statement During Purchase of a Firearm*
18 U.S.C. § 922(a)(6)

On or about December 8, 2020, in Jeff Davis County, within the Southern District of Georgia, the Defendant,

**RA'ANN MICHELLE COLEMAN,**

in connection with the acquisition of firearms, did knowingly make false and fictitious written statements to Sellers Feed & Seed Inc., a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive Sellers Feed & Seed, as to a fact to the lawfulness of the sale of the firearm, in that Defendant falsely represented that she was the actual buyer of the firearm, to wit a Bersa, Model Thunder 380, .380 caliber pistol, when, in fact, as Defendant then and there well knew, Defendant was not the actual buyer of the firearm.

All in violation of Title 18, United States Code, Sections 922(a)(6).

2

## COUNT THREE
*False Statement During Purchase of a Firearm*
18 U.S.C. § 924(a)(1)(A)

On or about October 26, 2020, in Jeff Davis County, within the Southern District of Georgia, the defendant,

### RA'ANN MICHELLE COLEMAN,

knowingly made a false statement and representation to Myron Sellers, D/B/A/ Sellers Feed & Seed, person licensed under the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Mr. Sellers, in that the Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, attesting to the effect that she was actual buyer of the firearm to wit a Taurus, Model Spectrum, .380 caliber pistol, whereas in truth and in fact, she was acquiring said firearm on behalf of another person.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT FOUR
*False Statement During Purchase of a Firearm*
18 U.S.C. § 924(a)(1)(A)

On or about December 8, 2020, in Jeff Davis County, within the Southern District of Georgia, the defendant,

### RA'ANN MICHELLE COLEMAN,

knowingly made a false statement and representation to Myron Sellers, D/B/A/ Sellers Feed & Seed, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Myron Sellers, in that the Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, attesting to the effect that she was actual buyer of a firearm, to wit: a Bersa, Model Thunder 380, .380 caliber pistol, whereas in truth and in fact, she was acquiring said firearm on behalf of another person.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATIONS

The allegations contained in Count through Four of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses alleged in Counts One through Four of this Indictment, the Defendant, **RA'ANN MICHELLE COLEMAN** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to: a Taurus, Model Spectrum, .380 caliber pistol (Serial Number 1F026959); a Bersa, Model Thunder 380,.380 caliber pistol (Serial Number KG4360); a Ruger, Model LCP II .380 caliber pistol (Serial Number 380642675); a Kel-Tec, Model SU-16 .556 caliber rifle (Serial Number NGS29); as well as five rounds of Fiocchi .380 caliber ammunition and five rounds of Poonsang Metal Manufacturing Company .556 caliber ammunition.

*Signatures on following page*

A True Bill.

_____
Foreperson

_____
David H. Estes
United States Attorney

_____
Jennifer J. Kirkland
Assistant United States Attorney
*Lead Counsel

_____
Patricia Rhodes
Assistant United States Attorney
Chief, Criminal Division