# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| RA'ANN MICHELLE COLEMAN,<br><br>    Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | 2:22-cr-15 |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 87. Movant Ra'Ann Coleman ("Coleman") did not file Objections to this Report and Recommendation, and the time to do so has elapsed. Thus, I **ADOPT** the Report and Recommendation as the opinion of the Court. I **GRANT as unopposed** Respondent's Motion to Dismiss, **DISMISS** Coleman's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct for failure to respond to the Motion to Dismiss and to follow the Court's Orders, and **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. I also **DENY** Coleman a Certificate of Appealability and *in forma pauperis* status on appeal.

**SO ORDERED**, this 13 day of May, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA